**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**ANTHONY J. MAHONEY**
**ADC# 139513**                                                                                          **PLAINTIFF**

v.                                  CASE NO. 5:12CV00145 BSM/HDY

**RAY HOBBS, Director,**
**Arkansas Department of Correction et al.**                                        **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge H. David Young [Doc. No. 6] have been reviewed. No objections have been filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

Plaintiff Anthony J. Mahoney's claims against defendants M. Cashion and Ray Hobbs are dismissed with prejudice.

IT IS SO ORDERED this 19th day of July 2012.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE