**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ANTHONY J. MAHONEY**                                           **PLAINTIFF**

**v.**                      **CASE NO: 5:12CV00145 BSM**

**RAY HOBBS et al.**                                              **DEFENDANTS**

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been received. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety, in all respects. Accordingly, plaintiff Anthony J. Mahoney's complaint is dismissed with prejudice. It is further certified that an *in forma pauperis* appeal taken from this order and accompanying judgment is considered frivolous and not in good faith.

IT IS SO ORDERED this 4th day of March 2014.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE